UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 00-_501_-CIV-ORL-_19A_
On Removal from the Ninth Judicial Circuit in and
For Orange County, Florida

CASE NO.: CI0-00-2203-34

DARIN PATTON,

        **Plaintiff,**

vs.

LAURA WHARTON, individually, BEN MONGIOI,
individually, SADYE PAEZ, individually, LEE AMTHOR,
individually, JESSICA JENNESS, individually, DOMINICK
DUBRASKY, individually, SUNITA MODANI, individually,
AMY FLORIN, individually, JAMIE HALSCOTT, individually,
MATT BORNFREUND, individually, ROBERT WILLIAMS,
individually, FRED PICCOLO, individually, and DAVID SIEGEL,
individually, and JASON MURPHY, individually,



        **Defendants.**

_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, LAURA WHARTON, BEN MONGIOI, LEE AMTHOR, JESSICA

JENNESS, DOMINICK DUBRASKY, SUNITA MODANI, AMY FLORIN, JAMIE

HALSCOTT, MATT BORNFREUND, ROBERTS WILLIAMS, FRED PICCOLO and DAVID

SIEGEL, by and through their undersigned counsel, JOHN VERNON HEAD, P.A., and pursuant

to 28 U.S.C. Section 1331, 1441(a), 1441(b),1446(a) and 1446(b), hereby removes this action

from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the

United States District Court for the Middle District of Florida, Orlando Division. The removal of this action is based upon the following:

1.      This action was commenced in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, and was served upon one or more of the Defendants on or about March 28, 2000. True and correct copies of the Complaint, the processes served on one or more of the Defendants and all other papers filed in this action are attached hereto as Composite Exhibit "A" pursuant to 28 U.S.C. Section 1446.(a) and Middle District Local Rule 4.02(b).

2.      The United States District Court has original jurisdiction over this action pursuant to 28 U.S.C. Section 1331(a) because Plaintiff has brought this action under the 14th Amendment to the U.S. Constitution and 42 U.S.C. Section 1983. In this regard, 28 U.S.C. Section 1331 provides as follows:

> The district courts shall have original jurisdiction of all civil actions arising under the constitution, laws or treaties of the United States.

Accordingly, this case presents a federal question and is properly removed.

3.      For the reasons stated above, this action is properly removed from the Circuit Court of the Ninth Judicial Circuit, Orange County, Florida, to this Court pursuant to 28 U.S.C. Section 1441(a) and (b) as this matter is within the original jurisdiction of the Court.

4.      Venue is proper in the Middle District of Florida, Orlando Division, because the circuit court action is pending within the jurisdictional confines of this district and division. See 28 U.S.C. Section 1446(a); Middle District Local Rules 1.02(b), (3) and 4.02(a)..

5.      The Notice of and Petition for Removal is filed within 30 days after Defendant first received notice of the Circuit Court Action. See 28 U.S.C. Section 1446(b).

2

WHEREFORE, Defendant respectfully requests that this action be removed to the U. S. District Court for the Middle District of Florida, Orlando Division.

I HEREBY CERTIFY that a true copy of the foregoing has been, by mail, furnished this 11th day of April, 2000, to Aubrey Harry Ducker, Jr., Vose, Blau & Hayes, 2705 West Fairbanks Avenue, Winter Park, FL 32789, the Clerk of the Court, Ninth Judicial Circuit, State of Florida, 425 North Orange Avenue, Orlando, Florida 32801, and a courtesy copy to the Honorable Lawrence Kirkwood, Judge of the Ninth Judicial Circuit.

JOHN VERNON HEAD, ESQ.
Fla. Bar No.: 0863602
John Vernon Head, P.A.
209 E. Ridgewood Avenue
Orlando, Fl 32801
Telephone: (407)839-8910
Facsimile: (407)839-8920
Attorney for Defendants.

3

# ADDITIONAL

# ATTACHMENTS

# <u>NOT</u>

# SCANNED

_____ Exceeds scanner's page limit
_____ Physical exhibit prevents scanning
_____ Other:_____

# **REFER TO COURT FILE**

Revised 8/11/5